OF COUNSEL:
DAVIS LEVIN LIVINGSTON

MARK S. DAVIS            1442-0
MICHAEL K. LIVINGSTON    4161-0
LORETTA A. SHEEHAN       4160-0
MATTHEW C. WINTER        8464-0
CLARE E. CONNORS         7936-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500/Fax: (808) 356-0418
Email: mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| **PACIFIC RADIATION ONCOLOGY, LLC,** A HAWAI'I LIMITED LIABILITY CORPORATION; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **THE QUEEN'S MEDICAL CENTER,** A HAWAI'I NON-PROFIT CORPORATION, et al., <br><br> Defendants. | CIVIL NO. **12-00064 LEK-KSC** <br> (Other Civil Action) <br><br> **PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK S. DAVIS; EXHIBITS A-I; AND CERTIFICATE OF SERVICE** <br><br> Trial : December 2, 2012 <br> Judge : LESLIE E. KOBAYASHI |

# PLAINTIFFS' MOTION
# TO DISMISS COUNTERCLAIM

Come now Plaintiffs above named, by and through their attorneys, DAVIS LEVIN LIVINGSTON and hereby move this Honorable Court for the entry of an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and other applicable law, dismissing Defendants' Counterclaim on the grounds that it is untimely and fails to state a claim upon which Defendants can obtain relief.

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as other applicable law, and is based upon the Memorandum, Declarations, and Exhibits attached hereto and the record on file herein.

DATED:   Honolulu, Hawai'i, March 18, 2014.

/s/ MARK S. DAVIS
_____
MARK S. DAVIS
MICHAEL K. LIVINGSTON
CLARE E. CONNORS

Attorneys for Plaintiffs