IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| **PACIFIC RADIATION ONCOLOGY, LLC,** A HAWAI'I LIMITED LIABILITY CORPORATION; **et al.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**THE QUEEN'S MEDICAL CENTER,** A HAWAI'I NON-PROFIT CORPORATION, **et al.**,<br><br>Defendants. | CIVIL NO. **12-00064 LEK-KSC**<br>(Other Civil Action)<br><br>**DECLARATION OF MARK S. DAVIS** |

## **DECLARATION OF MARK S. DAVIS**

I, MARK S. DAVIS, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached as Exhibit A is a true and correct copy of Letter dated February 11, 2014, from Mark S. Davis.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of transcript from the Videotaped Deposition of Thomas L. Greaney taken on February 14, 2014.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of transcript from the Deposition of Jonathan Cunitz taken on February 17, 2014.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of transcript from the Deposition of Ronald Goodspeed taken on February 17, 2014.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated July 9, 2012 from Clyde J. Wadsworth.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from Mediation Questionnaire, submitted by Defendants-Appellants with the Ninth Circuit on March 29, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Bylaws of the Medical Staff of the Queen's Medical Center.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Deposition of Paul Morris, M.D., taken on February 11, 2014.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Deposition of Vincent Cook Brown, M.D., taken on January 28, 2014.

I declare under penalty of perjury that the above is true and correct.

DATED: Honolulu, Hawai`i, March 18, 2014

/s/ MARK S. DAVIS
---
MARK S. DAVIS