IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PACIFIC RADIATION ONCOLOGY, LLC, a Hawai`i Limited Liability Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE QUEEN'S MEDICAL CENTER, a Hawai`i Non-Profit Corporation, et al.,<br><br>Defendants. | Case No. CV 12-00064 LEK-KSC (Declaratory and Injunctive Relief)<br><br>**DECLARATION OF WILLIAM S. HUNT** |

**DECLARATION OF WILLIAM S. HUNT**

I, William S. Hunt, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, attorneys for Defendants The Queen's Medical Center, Queen's Development Corporation, Noreen D.S.W. Mokuau, William G. Obana, M.D., Arthur A. Ushijima, Mark H. Yamakawa, Paula Yoshioka, Sharlene K. Tsuda, Richard C. Keene, Clinton Yee, Naleen N. Andrade, M.D., Ernest H. Fukeda, Jr., Robb Ohtani, M.D., Neil J. Hannahs, Christine M. Gayagas, Peter K. Hanashiro,

895971v2 / 3525-24

Robert K. Nobriga, Eric K. Yeaman, Julia C. Wo, Caroline Ward Oda; Peter Halford, M.D. and Barry Weinman.

2.     Unless otherwise stated, I make this declaration upon personal knowledge and in support of *Defendants' Memorandum in Opposition to [185] Plaintiffs' Motion to Dismiss Counterclaim.*

3.     Attached hereto as Exhibit A-1 is a true and correct copy of excerpts from the deposition transcript of Ronald Goodspeed taken on February 17, 2014 (with highlighting).

4.     Attached hereto as Exhibit A-2 is a true and correct copy of excerpts from the deposition transcript of Jonathan Cunitz taken on February 17, 2014 (with highlighting).

5.     Attached hereto as Exhibit A-3 is a true and correct copy of excerpts from the deposition transcript of Thomas Greaney taken on February 14, 2014 (with highlighting).

6.     Attached hereto as Exhibit B-1 is a true and correct copy of excerpts from the deposition transcript of Paul Arthur DeMare, M.D. taken on January 18, 2014 (with highlighting).

7.     Attached hereto as Exhibit B-2 is a true and correct copy of excerpts from the deposition transcript of Vincent Cook Brown, M.D. taken on January 28, 2014 (with highlighting).

8.      Attached hereto as Exhibit B-3 is a true and correct copy of excerpts from the deposition transcript of Laeton J. Pang, M.D. taken on March 12, 2014 (with highlighting).

9.      Dr. John Lederer's deposition was begun on March 12, 2014 but has not been completed.

*I declare under penalty of perjury that the foregoing statements are true and correct.*

DATED:  Honolulu, Hawai`i, April 28, 2014.


                _/s/ William S. Hunt_
                WILLIAM S. HUNT