IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| **PACIFIC RADIATION ONCOLOGY, LLC,** A HAWAIʻI LIMITED LIABILITY CORPORATION; **et al.,**<br><br>        Plaintiffs,<br><br>  vs.<br><br>**THE QUEEN'S MEDICAL CENTER,** A HAWAIʻI NON-PROFIT CORPORATION, **et al.,**<br><br>        Defendants. | CIVIL NO. **12-00064 LEK-KSC** (Other Civil Action)<br><br>**DECLARATION OF MARK S. DAVIS** |

## DECLARATION OF MARK S. DAVIS

I, MARK S. DAVIS, declare as follows:

1.      I am one of the named attorneys in the above captioned case.

2.      Attached as Exhibit J is a true and correct copy of a financial analysis prepared by Defendants that purportedly calculated a monetary amount they had lost to their competitors over a six month period.

I declare under penalty of perjury that the above is true and correct.

DATED:     Honolulu, Hawaiʻi, May 5, 2014.

                              /s/ MARK S. DAVIS
                              MARK S. DAVIS