Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| WILLIAM S. HUNT | 1259-0 |
| CLYDE J. WADSWORTH | 8495-0 |
| CLAIRE WONG BLACK | 9645-0 |

1001 Bishop Street, 18th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:    palston@ahfi.com
           whunt@ahfi.com
           cwadsworth@ahfi.com
           cblack@ahfi.com

DANIEL M. MULHOLLAND III, *Pro Hac Vice*
Horty, Springer & Mattern, P.C.
4614 Fifth Avenue
Pittsburgh, Pennsylvania  15213
Telephone:  (412) 687-7677
Facsimile:  (412) 687-7692
E-mail:    dmulholland@hortyspringer.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PACIFIC RADIATION ONCOLOGY, LLC, a Hawai`i Limited Liability Corporation; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE QUEEN'S MEDICAL CENTER, a Hawai`i Non-Profit Corporation, et al., | Case No. CV 12-00064 LEK-KSC<br>(Declaratory and Injunctive Relief)<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION TO SEAL DEFENDANTS' OPPOSITION TO [460] PLAINTIFFS' O[BJ]ECTIONS TO AND STATEMENT OF APPEAL FROM MAGISTRATE'S ORDER** |

|                    | ) GRANTING DEFENDANTS'       |
| Defendants.        | ) MOTION TO COMPEL           |
|                    | ) DISCOVERY AND EXHIBITS "1" |
|                    | ) THROUGH "8" IN SUPPORT     |
|                    | ) THEREOF.                   |

**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO SEAL DEFENDANTS' OPPOSITION TO [460] PLAINTIFFS' O[BJ]ECTIONS TO AND STATEMENT OF APPEAL FROM MAGISTRATE'S ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY AND EXHIBITS 1 THROUGH 8 IN SUPPORT THEREOF**

Upon consideration of Defendants' *ex parte* Motion to Seal Defendants' Opposition to [460] Plaintiffs' O[bj]ections to and Statement of Appeal from Magistrate's Order Granting Defendants' Motion to Compel Discovery and Exhibits "1" through "8" in support thereof, the files and records herein, and good cause appearing therefor;

IT IS HEREBY ORDERED that Defendants' *ex parte* Motion to Seal Defendants' Ex Parte Motion to Seal Defendants' Opposition to [460] Plaintiffs' O[bj]ections to and Statement of Appeal from Magistrate's Order Granting Defendants' Motion to Compel Discovery and Exhibits "1" through "8" in support thereof, is GRANTED. Defendants' Memorandum in Opposition, and Exhibits "1" through "8" will be submitted to the Court in a sealed envelope and kept confidential. Defendant is further granted leave to publicly file a redacted version of the Memorandum.

DATED: Honolulu, Hawai`i, January 9, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

----------------------------------------------------------------------
*PACIFIC RADIATION ONCOLOGY, LLC ET AL., V. THE QUEEN'S MEDICAL CENTER ET AL.*, CIVIL NO. 12-00064 LEK-KSC; ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO SEAL DEFENDANTS' OPPOSITION TO [460] PLAINTIFFS' O[BJ]ECTIONS TO AND STATEMENT OF APPEAL FROM MAGISTRATE'S ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY AND EXHIBITS "1" THROUGH "8" IN SUPPORT THEREOF.